AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

**UNITED STATES OF AMERICA**
        **vs.**

Luis GARCIA
AKA Luis GARCIA-Hernandez, Luis HERNANDEZ-Garza

**CRIMINAL COMPLAINT**

Case Number: 2:19 mj 2845

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about    July 24, 2019    in    Brooks    County, in

the    Southern District Of Texas    defendant(s)

Luis GARCIA, a native and citizen of Mexico, and an alien who had been previously deported from the United States was found unlawfully within the United States in Falfurrias, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title    8    United States Code, Section(s)    1326(a)(1)   

I further state that I am a(n)    **Border Patrol Agent**    and that this complaint is based on the

following facts:

On July 24, 2019, Border Patrol Agents encountered Luis GARCIA attempting to circumvent the United States Border Patrol Checkpoint near Falfurrias, Texas. Agents determined Luis GARCIA to be a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed Luis GARCIA was ordered removed from the United States by a designated official on January 12, 2019 and was physically removed from the United States to Mexico on April 12, 2019 via Laredo, Texas. Record checks further revealed that Luis GARCIA has a conviction for Possession of Controlled Substance and 8 USC 1325 Illegal Entry. Luis GARCIA stated he last entered the United States illegally on or about July 24, 2019 near Hidalgo, Texas.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:     ☒ Yes     ☐ No

                                               Signature of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

Ward, Aubrey    Border Patrol Agent
Printed Name of Complainant

July 25, 2019                                 at    Corpus Christi, Texas
Date                                               City/State

B. Janice Ellington           U.S. Magistrate Judge
Name of Judge                  Title of Judge                    Signature of Judge

CONTINUATION OF CRIMINAL COMPLAINT

## AFFIDAVIT
In support of Criminal Complaint

**UNITED STATES OF AMERICA**
### V.

Luis GARCIA
AKA Luis GARCIA-Hernandez, Luis HERNANDEZ-Garza

**CRIMINAL COMPLAINT**

Case Number: 2:19 mj 2845

At this time, there is no evidence to indicate Luis GARCIA has applied for re-admission into the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. RGV North Prosecutions presented the facts to AUSA Julie Hampton who accepted prosecution for 8 USC 1326, Re-entry after Deportation.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

_____25th_____ day of _____ July, 2019 _____

Signature of Judicial Officer

Ward, Aubrey    Border Patrol Agent
Signature of Complainant